UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR 13 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:22CR202 HEA/JMB |
| DAMONTE D. CARROLL, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1.  On or about September 18, 2021, in St. Louis County within the Eastern District of Missouri,

**DAMONTE D. CARROLL,**

the Defendant herein, with the intent to defraud, did pass to an employee at "Store H.D.," a falsely made, forged and counterfeited obligation of the United States, that is a Federal Reserve Note in the denomination of one hundred dollars, Serial Number PI03932354A, which the defendant then knew to be falsely made, forged, and counterfeited.

In violation of Title 18, United States Code, Sections 472 and 2.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JENNIFER J. ROY #47203MO
Assistant United States Attorney

1